No. 77–1511. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ELLIOTT ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 816.] Motion of respondents to dismiss or remand denied.

No. 78–6. MOORE ET AL. *v.* SIMS ET UX. D. C. S. D. TEX. [Probable jurisdiction noted, *ante,* p. 925.] Motion of John Quincy Carter for leave to present oral argument *pro hac vice* denied. Motion of appellees for divided argument denied.

No. 78–17. UNITED GAS PIPE LINE CO. *v.* McCOMBS ET AL.; and No. 78–249. FEDERAL ENERGY REGULATORY COMMISSION *v.* McCOMBS ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 892.] Motion of petitioners for divided argument granted. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 78–160. WILSON ET AL. *v.* OMAHA INDIAN TRIBE ET AL.; and No. 78–161. IOWA ET AL. *v.* OMAHA INDIAN TRIBE ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 963.] Motions of parties for additional time for oral argument and for divided argument granted, and a total of one and one-half hours allotted for that purpose to be divided as follows: 45 minutes for petitioners, 25 minutes for the United States, and 20 minutes for the Omaha Indian Tribe. Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.